United States Bankruptcy Court
Southern District of Texas

**ENTERED**

October 11, 2024

Nathan Ochsner, Clerk

# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-33271 |
| **ROSCOE BERNARD HILLIARD,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | **CHAPTER 7** |

## ORDER
## STRIKING MOTION FOR RELIEF FROM STAY
*Resolving ECF No. 21*

      Pending before this Court is Guillermo Saade's Motion for Relief from Automatic Stay (the "*Motion*").[1]  The Motion does not contain the proper notice language as required by BLR 4001-1. Furthermore, the Motion does not have an attached proposed Order as required by BLR 9013-1(h). Accordingly, it is therefore **ORDERED** that the Motion is hereby STRUCK.

SIGNED October 11, 2024

                                                      Eduardo V. Rodriguez
                                     Chief United States Bankruptcy Judge

---

[1] ECF No. 21.